**FILED**
February 28, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      DT
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | **Case No: EP:24-CR-00490-KC(1)** |
| v. | § | |
| (1) RAUL MANUEL CHAVEZ, | § | |
| Defendant. | § | |

## UNITED STATES' MOTION TO DETAIN DEFENDANTS WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested for a violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b) – *Trafficking in Firearms*, and 922(g)(1) and 924(a)(2), *Felon in Possession of a Firearm*.

2. The Defendant has a prior criminal history.

3. There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

4. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

23

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _____
MICAELA L. GLASS
Assistant U.S. Attorney
Texas Bar #24115343
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-3436

24