UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA § | |
| vs. § | NO: EP:24-CR-00490(2)-KC |
| (2) ANGEL DAVID ZAMORA § | |
| § | |

## ORDER REGARDING BOND, DETENTION, AND BAIL FORFEITURE

On **November 20, 2024**, notice having been given to the United States, Defendant, and any surety:

[✓] a hearing was scheduled pursuant to 18 U.S.C. § 3148, on the Petition for Action on Conditions of Pretrial Release. Prior to the hearing, counsel for Defendant announced that Defendant did not contest the violation(s) of pretrial release. Accordingly, the Court **FINDS** that the Defendant **VIOLATED** the terms and conditions of pretrial release. **(In-Court Waiver of Hearing)**

[ ] a hearing was held, pursuant to 18 U.S.C. § 3148, on the Petition for Action on Conditions of Pretrial Release. After hearing the evidence and arguments of counsel, the Court finds that there is:

  [ ] no violation by the Defendant of the terms and conditions of pretrial release; **OR**
  [ ] probable cause to believe that Defendant has committed a Federal, State, or local crime while on release; **OR**
  [ ] clear and convincing evidence that Defendant has violated any other conditions of release;

**AND FINDS** that:

  [ ] based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assure that Defendant will not flee; **AND/OR**
  [ ] based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assure that Defendant will not pose a danger to the safety of any other person or the community; **AND/OR**
  [ ] the person is unlikely to abide by any condition or combination of conditions of release; **OR**
  [ ] there are conditions of release that will assure that Defendant will not flee or pose a danger to the safety of any other person or the community, and that Defendant will abide by such conditions of release.

The Court **FURTHER FINDS** that:

  [ ] there is probable cause to believe that, while on release, Defendant committed a Federal, State, or local **FELONY** and that the rebuttable presumption, that no condition or combination of conditions will assure that Defendant will not pose a danger to the safety of any other person or the community, has not been overcome.

It is **FURTHER ORDERED** that:

[✓] The Court **DECLARES** that the **entire bail** ($ **25,000** ,) is **HEREBY FORFEITED** pursuant to Fed. R. Crim.P.46(f)(1).

[ ] Because the Court finds, pursuant to Fed.R. Crim.P.46(f)(2), that:
  [ ] the surety has surrendered Defendant into custody; **OR**
  [ ] justice does not require bail forfeiture for the amount set aside,

the Court **SETS ASIDE** the bail forfeiture:

  [ ] in whole; **OR**
  [ ] in part, setting aside $ **24,500** , AND FORFEITING $ **500.00** .

The Clerk is ordered to dispose of the funds it holds on deposit as security as follows: $ **2,000.00** is applied in [ ] full OR [✓] partial satisfaction of the forfeited amount and the balance, if any, is returned to **Andie Avalos** .

It is **ALSO ORDERED** that **DEFAULT JUDGMENT IS ENTERED** for the Government and that the United States of America may recover from Defendant and any Surety, jointly and severally, any bail amount forfeited and not set aside herein. Any amount remaining on deposit in the Registry of the Court shall be credited to the Default Judgment. The District Clerk shall mail a copy of this Order to all Parties, Sureties, and Owners of Cash Bail.

It is **LASTLY ORDERED** that:

[✓] The Appearance and Compliance Bond and the Release Order are **REVOKED**, and that Defendant shall be **DETAINED** and **COMMITTED** to [✓] the custody of the United States Marshal OR [ ] the custody of the Bureau of Prison, as appropriate; **OR**

[ ] The Appearance and Compliance Bond and the Release Order are **NOT REVOKED** and Defendant is **RELEASED** on the conditions previously set by the Magistrate Judge with the following amendment(s), if any: _____

**SIGNED AND ENTERED** on the 20th day of November, 2024.

*/s/ Miguel A. Torres*
**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**